UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Crim. No. 23-445 (KMW) |
| v. : | |
| : | CONTINUANCE ORDER |
| MASTA REDDING : | |

This matter having come before the Court on the joint application of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Matthew J. Belgiovine, Assistant U.S. Attorney, appearing), and Defendant Masta Redding (Mark G. Davis, Esq., appearing), for an order granting a continuance of proceedings in the above-captioned matter; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date the indictment is made public or of the date he first appears before a judicial officer of this court, whichever date last occurs, pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having consented to such continuance and having waived such right; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The failure to grant a continuance would deny counsel for the defendant and counsel for the Government the reasonable time necessary for effective preparation for trial, taking into account the exercise of due diligence.

2. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 8th day of September, 2023,

ORDERED that this action be, and it hereby is, continued through November 30, 2023; and it is further

ORDERED that the period from the date this Order is signed through November 30, 2023, shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. KAREN M. WILLIAMS
United States District Judge

Form and entry consented to:

/s/ Matthew J. Belgiovine
Matthew J. Belgiovine
Assistant U.S. Attorney

*Mark G. Davis*
Mark G. Davis, Esq.
Counsel for Defendant

2